IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CALVIN WILHITE,

    Plaintiff,

v.                                                                          No. 09-2196 B

CORRECTIONS CORPORATION OF
AMERICA, et al.,

    Defendants.
_____

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE AND DENYING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
JERMAINE HUGHEY
_____

    This cause is before the Court in connection with the report and recommendation of the magistrate judge on the motion of the Plaintiff, Calvin Wilhite, for default judgment against Defendant Jermaine Hughey. The magistrate judge issued a report and recommendation recommending that the motion be denied. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1).

    The Court has reviewed the magistrate judge's report and recommendation, and the entire record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation.

    Based on the foregoing, the Plaintiff's motion for default judgment against Defendant Hughey is DENIED.

    IT IS SO ORDERED this 28th day of September 2010.

                                        s/ J. DANIEL BREEN
                                        UNITED STATES DISTRICT JUDGE